**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-20-00231-CV**
_____

**SIMEON LEVI QUEEN, Appellant**

**V.**

**JAYNA LYNETTE PARKER, Appellee**

_____

**On Appeal from the 317th District Court**
**Jefferson County, Texas**
**Trial Cause No. C-234,922**

_____

**MEMORANDUM OPINION**

The trial court signed a final decree of divorce on September 11, 2020. Appellant Simeon Levi Queen filed a notice of appeal but failed to file a brief. On June 17, 2021, we notified the parties that Appellant's brief was past due and had not been filed and the appeal would be submitted on the record alone unless we received a brief and motion for extension of time by June 28, 2021, and we warned Appellant that the failure to file a brief could result in dismissal of the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1). Appellant did not file a brief.

1

In the absence of a brief assigning error for appellate review, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1); Tex. R. App. P. 42.3(b).

APPEAL DISMISSED.

PER CURIAM

Submitted on September 14, 2021
Opinion Delivered October 7, 2021

Before Kreger, Horton and Johnson, JJ.